IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-08-184-2 |
| | § | |
| FIDEL TINAJERO-MARTINEZ | § | |

**ORDER**

BE IT REMEMBERED on this 20th day of June, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed March 20, 2008, wherein the defendant Fidel Tinajero-Martinez waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Fidel Tinajero-Martinez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Fidel Tinajero-Martinez guilty of the offense of knowing and in reckless disregard, did transport and move, and attempt to transport and move an undocumented alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas by means of motor vehicle and on foot, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(ll).

Signed this 20th day of June, 2008.

_____
Andrew S. Hanen
United States District Judge

1 / 1